Penny Patino
8 Hermosa Court
Danville, Ca.   94526
925-984-3629

Debtor in possession



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                     Case No. 17-43082 RLE

                                           Chapter 11

Penny Patino
                                           Case Management Conference
                                           Statement

         Debtor                            Date: September 27, 2018
                                           Time: 1:30 p.m.

                                           Place: 1300 Clay St. Room 201
                                                  Oakland, Ca.

                                           Before: HONORABLE ROGER L.
                                                   EFREMSKY

Debtor, Penny Patino, is requesting an additional 30 days from the court to seek a new attorney to handle my case for the following reasons:

   Since, August 29, 2018, after Previous attorney Nancy Weng is no longer on Debtors case the folowing has occurred.

   August 30th and 31st, I spoke with two attorneys, one stating he would wait until I had my meeting with the first attorney.

   Initial meeting took place in Oakland on Setember 5th, 2018.

   On September 7, 2018 I flew down to southern california for the STATE court case hearing on September 10, 2018.

   I attended as well as new attorney James Ulwelling

I brought HONORABLE JUDGE ROGER L. EFREMSKYS ORDER
EMPLOYING James Ulwelling for the STATE LITIGATION against
the HOA for MOLD.

State court Judge, ~~she~~ then lifted the stay which was
in place and NOW HAS ALLOWED THE STATE COURT CASE TO PROCEED.

ON SEPTEMBER 10th, 2018, a
MADATORY SETTLEMENT CONFERENCE WAS SET FOR 1/11/2019.
JURY TRIAL WAS SET FOR APRIL 29, 2019.

Also BOTH declarations were given to the state judge
concerning James Ulwelling attorney for the state litigation.

STATE COURT JUDGE NOW HAS IN HER FILE ORDER FROM HONORABLE
JUDGE ROGER L. EFREMSKYS ORDER ON THE ABOVE.

On Tuesday, September 18, 2018, I had meeting with my
state court attorney as well as all Defendants concerning
the damage and the mold in my unit.

I fleww back to Oakland on September 18, 2018 late
afternnon.

I spoke with first attorney a few times during 8/30/2018
and 9/14/2018. On 9/14/2018 he told me what his retainer
would be initially to take my case and I can not afford him.

I have made a call to the other attorney and just got
off the phone with him. He stated I could have an
appointment within a few weeks and sounds like within
the next 30 days I would have counsel. He also requested
that I ask for an additional 30 days to get this done.
ANY CONSIDERATION FROM THE COURT WOULD BE APPRECIATED
AT THIS TIME.

Case: 17-43082    Doc# 119    Filed: 09/24/18    Entered: 09/24/18 12:42:02    Page 2 of 6

I also had authorization from Nancy Weng to speak with Mark Krause and have written 2 letters concerning the first lein on Danville. Also have ask him to forward those letters to Shellpoint as well as Bank of America, because Bank of America owns the debt on Danville.

I have already agreed that I will pay my own property taxes and already pay my own insurance on the Danville property.

I also have put in a proposal with Mark Krause and have not heard back yet concerning Danville.

Ialso promised the court my monthly report that at the time of Nancy Weng being dismissed was in the hands of the accountant at the time. The next day accountant could not file because Nancy was off case.

I apoligize for the lateness and would hope that the court would understand.

I WANT TO XXMXMX THANK THE COURT FOR EMPLOYING James Ulwelling for the State Case which is now proceeding forward, THANKS TO THE BANKRUPTCY COURT.

I would like to add ONE NOTE: When State court had first Manadotory Settlement Conference the Bankruptcy court ask what happened, but it was not appropriate to speak because my attorney was not present.

TWO REASONS WHY SETTLEMENT CONFERENCE FAILED.

FIRST REASON WAS FIRST ATTORNEY JAMES ANTON HAD ALL DISCOVERY BUT NEVER GAVE THE DEFENDANTS THE DISCOVERY WHICH MEANT THEY HAD NOTHING IN THERE FILE TO SETTLE WITH.

-3-

SECOND, AND MOST IMPORTANT WAS THAT THE STATE JUDGE EVEN IF THERE COULD BE A SETTLEMENT IT WOULD NOT TAKE PLACE UNTIL SHE HAS HEARD FROM THE BANKRUPTCY COURT. AT THAT TIME THE STATE JUDGE PUT A STAY ON THE CASE.

As of Monday, September 10, 2018, the STAY has been lifted, because the state judge now has HONORABLE JUDGE ROGER L. EFREMSKYS ORDER EMPLOYING James Ulwelling/Patner of Ulwelling/Siddigui Llp.

The State litigation will now move forward to a manatory settlement conference on January 11, 2019, and a 3-5 day jury trial starting April 29, 2019.

Debtor is requesting consideration on an additional 30 days to find counsel for the Bankruptcy Court, at which time the new attorney will file all appropriate papers needed.

All I can say is thank you.

Dated: 9/20/2018 By: *Penny Patino*

Penny Patino
Debtor

2 attachments

-4-

RECORDING REQUESTED BY:
RECONSTRUST COMPANY, N.A.
1800 Tapo Canyon Rd., CA6-914-01-94
SIMI VALLEY, CA 93063

WHEN RECORDED MAIL TO:
PENNY L PATINO
8 HERMOSA COURT
DANVILLE, CA 94526

TS No. 10-0107299

Title Order No. 10-8-410991

CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC- 2013-0101878-00
Check Number
Wednesday, APR 24, 2013 09:29:00
MOD  $1.00|REC   $11.00|FTC   $0.00
DAF  $2.70|REF   $0.30|RED   $1.00
ERD  $1.00|
Tt1 Pd  $17.00   Rcpt # 0001641837

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## NOTICE OF RESCISSION OF DECLARATION OF DEFAULT
## AND DEMAND FOR SALE AND OF NOTICE OF DEFAULT AND ELECTION TO SELL

NOTICE IS HEREBY GIVEN: That RECONTRUST COMPANY, N.A., is acting as Trustee for the Beneficiary under a DEED OF TRUST dated 05/18/2006, executed by PENNY L PATINO, AN UNMARRIED WOMAN, as Trustor, to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as Beneficiary, recorded 05/30/2006 as Instrument No. 2006-0168954-00 in Book N/A, Page N/A, of Official Records in the Office of the Recorder of Contra Costa County, California describing land therein as more fully described on the above referenced deed of trust.

Said obligations including one note for the sum of $1,280,000.00.

Whereas, the current beneficiary under that certain Deed of Trust hereinabove described, heretofore delivered to the Trustee thereunder written Declaration of Default and Demand for Sale; and Whereas notice was heretofore given of the breach of obligations for which said Deed of Trust is security, and of election to cause to be sold the property therein described; and Whereas a Notice of Default and Election to Sell was recorded on 09/03/2010 in the office of the Recorder of Contra Costa County, California, Instrument No. 10-187217, in Book N/A, Page N/A, of Official Records.

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that the current Trustee, does hereby rescind, cancel and withdraw said Declaration of Default and Demand for Sale and said Notice of Default and Election to Sell; it being understood, however, that this rescission shall not in any manner be construed as waiving or affecting any breach or default--past, present or future--under said Deed of Trust, or as impairing any right or remedy thereunder, but is, and shall be deemed to be, only an election, without prejudice, not to cause a sale to be made pursuant to said Declaration and Notice, and shall no way jeopardize or impair any right, remedy or privilege secured to the Beneficiary and/or the Trustee, under said Deed of Trust, nor modify nor alter in any respect any of the terms, covenants, conditions or obligations thereof, and said Deed of Trust and all obligations secured thereby are hereby reinstated and shall be and remain in force and effect the same as if said Declaration of Default and Demand for Sale and Notice of Default and Election to Sell had not been made and given.

RECONTRUST COMPANY, N.A., AS TRUSTEE FOR THE BENEFICIARY

APR 2 2 2013

Dated: April 22, 2013    By: _____
                             Juan Rodriguez  Assistant Vice President

*CARESCIND_2013.02.0_02/2013*

Case: 17-43082   Doc# 119   Filed: 09/24/18   Entered: 09/24/18 12:42:02   Page 5 of 6

JUSTICE NEWS

**Department of Justice**

Office of Public Affairs

FOR IMMEDIATE RELEASE                                Thursday, August 21, 2014

## Bank of America to Pay $16.65 Billion in Historic Justice Department Settlement for Financial Fraud Leading up to and During the Financial Crisis

Attorney General Eric Holder and Associate Attorney General Tony West announced today that the Department of Justice has reached a $16.65 billion settlement with Bank of America Corporation – the largest civil settlement with a single entity in American history — to resolve federal and state claims against Bank of America and its former and current subsidiaries, including Countrywide Financial Corporation and Merrill Lynch. As part of this global resolution, the bank has agreed to pay a $5 billion penalty under the Financial Institutions Reform, Recovery and Enforcement Act (FIRREA) – the largest FIRREA penalty ever – and provide billions of dollars of relief to struggling homeowners, including funds that will help defray tax liability as a result of mortgage modification, forbearance or forgiveness. The settlement does not release individuals from civil charges, nor does it absolve Bank of America, its current or former subsidiaries and affiliates or any individuals from potential criminal prosecution.

[handwritten margin note: BOF A OWNS DANVILLE LEIM]

"This historic resolution - the largest such settlement on record - goes far beyond 'the cost of doing business,'" said Attorney General Holder. "Under the terms of this settlement, the bank has agreed to pay $7 billion in relief to struggling homeowners, borrowers and communities affected by the bank's conduct. This is appropriate given the size and scope of the wrongdoing at issue."

This settlement is part of the ongoing efforts of President Obama's Financial Fraud Enforcement Task Force and its Residential Mortgage-Backed Securities (RMBS) Working Group, which has recovered $36.65 billion to date for American consumers and investors.

"At nearly $17 billion, today's resolution with Bank of America is the largest the department has ever reached with a single entity in American history," said Associate Attorney General West. "But the significance of this settlement lies not just in its size; this agreement is notable because it achieves real accountability for the American people and helps to rectify the harm caused by Bank of America's conduct through a $7 billion consumer relief package that could benefit hundreds of thousands of Americans still struggling to pull themselves out from under the weight of the financial crisis."

[handwritten margin notes: SAD (left and right)]

The Justice Department and the bank settled several of the department's ongoing civil investigations related to the packaging, marketing, sale, arrangement, structuring and issuance of RMBS, collateralized debt obligations (CDOs), and the bank's practices concerning the underwriting and origination of mortgage loans. The settlement includes a statement of facts, in which the bank has acknowledged that it sold billions of dollars of RMBS without disclosing to investors key facts about the quality of the securitized loans. When the RMBS collapsed, investors, including federally insured financial institutions, suffered billions of dollars in