John T. Hansen (CA34639)
582 Market Street, 17th Floor
San Francisco, California 94104
Telephone: 510-910-1392'
Facsimile: 415-957-1777
jhansenlaw101@gmail.com

Proposed Attorney for Penny Lee Patino
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Penny Lee Patino,<br><br>　　　　　Debtor. | Case No: 17-43082 RLE<br><br>Chapter 11<br><br>**DECLARATION OF JOHN T. HANSEN IN SUPPPORT OF APPLICATION FOR AUTHORITY TO EMPLOY JOHN T. HANSEN AS COUNSEL TO THE DEBTOR IN POSSESSION** |

I, John T. Hansen declare:

1.      I am an attorney at law duly admitted to the practice of law in the State of California and in all courts of the United States in California, including the Northern District of California.  My business address is 582 Market Street, 17th Floor, San Francisco, California 94104.  Penny Lee Patino, the debtor and debtor in possession ("Debtor") wishes to employ me as her chapter 11 counsel in the above-captioned case.  This declaration is submitted pursuant to 11 U.S.C. § 327, Rule 2014(a), F.R. Bank. P. and in support of the application to employ counsel filed here by the Debtor.

2.      The matters stated in this declaration are known to me of my own personal knowledge, and, if called as a witness, I would be competent to so testify.

3.      I have over 50 years of practicing bankruptcy law, especially in chapter 11 cases.

A copy of my biography is attached hereto.

4.    It is necessary for the Debtor to employ counsel to provide at least the following services: 1) assist the Debtor in performing her duties as a debtor in possession, 2) prepare a plan and disclosure statement and obtain confirmation of the plan; and 3) represent Debtor in any contested matters or adversary proceedings.

5.    I am a disinterested person within the meaning of 11 U.S.C. § 101(14) in that I (a) am not a creditor or insider of the Debtor, (b) am not and was not within two years before the date of this application a partner or employee of the Debtor, and (c) do not have an interest materially adverse to the interests of the estate or of any class of creditors or equity holders.

6.    I do not have any connection with the Debtor, creditors, any other party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtor.  I do not employ any person who is related to a judge of this court or the United States Trustee for Region 17.

7.    There is no arrangement between me and any other person for the sharing of fees for this case.

I declare under penalty of perjury of the laws of the State of California that I have read the foregoing, that it is true and correct to the best of my knowledge, and that I would be competent to so testify.

Executed at San Francisco, California, on October 18, 2018

_____/s/ John T. Hansen_____
John T. Hansen