John T. Hansen (SBN 34639)
jhansenlaw101@gmail.com
582 Market Street, 17th Floor
San Francisco, CA 94104
415-444-6684 (Office)
510-910-1392 (Mobile)
510-538-9233 (Facsimile)
jhansenlaw101@gmail.com

Attorney for Penny L. Patino
Debtor and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Penny Lee Patino<br><br>　　　　　Debtor. | Case No: 17-43082 RLE<br><br>Chapter 11<br><br>**FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES ON BEHALF OF JOHN T. HANSEN ATTORNEY FOR DEBTOR**<br><br>Date:　　February 6, 2019<br>Time:　　2:00 p.m.<br>Place:　　Courtroom 201 |

TO THE HONORABLE ROGER L. EFREMSKY, UNITED STATES BANKRUPTCY JUDGE:

　　　　　Pursuant to 11 U.S.C. §§ 330 and 331, John T. Hansen ("Hansen") counsel for Penny L. Patino, Debtor and Debtor In Possession ("Debtor"), hereby applies for interim compensation for services and reimbursement of expenses for the three-month period from **October 1, 2018 to December 31, 2018** ("Application"). In support of his Application, Hansen respectfully represents the following:

## I. INTRODUCTION

The Debtor filed its Petition for Relief under Chapter 13, Title 11, United States Code on December 13, 2017. The case was converted to chapter 11 on March 21, 2018. The Debtor is an individual who owns rental property in Danville, California and Huntington Beach, Californi, and is employed by Safeway Stores as a meat cutter.

### A. Order Authorizing Employment of Counsel

An Order authorizing the Debtor to employ Hansen as counsel for Debtor herein was filed on November 29, 2018 (Docket No.135).

### B. Statement of Compliance with Rule 2016.

No agreement or understanding exists between Hansen and any other entity for the sharing of compensation received or to be received for services rendered or in connection with the case.

### C. Retainer

Hansen received a retainer of $10,000 from Debtor in order to secure his continued representation of the Debtor. Hansen's engagement agreement with the Debtor provides that Hansen will apply for fees and expenses to be paid from the Debtor's estate or earnings that are not property of the estate.

### D. Prior Applications by Attorney for the Debtor

This is Hansen's first application for compensation and reimbursement of expenses.

Debtor has had an opportunity to review this Application and has approved the amount requested herein as indicated in the declaration filed herewith.

## II. CASE STATUS

Since commencing this case, Debtor has accomplished the following:

1. Obtained a stipulation and orders determining that junior liens are unsecured.
2. Employed special counsel for Huntington Beach Property litigation and assisted counsel in the litigation.
3. Obtained an order authorizing the employment of the undersigned.
4. Filed several status reports and all timely monthly operating reports
5. Filed a plan and disclosure statement, with a disclosure statement hearing noticed for February 13, 2019

III.  SUMMARY OF SERVICES RENDERED

Hansen has established four categories of services provided, and the services provided in each category are described below

**1.  Case Administration**

These services commenced after Hansen's engagement and included 1) initial meeting with Debtor, 2) reviewing schedules and other papers filed in the case and provided to counsel 3) filing a supplement to the status conference statement prepared by the Debtor and appearing at the status conference, 4) filing and serving an application to be employed as counsel, appearing at the hearing on the application, and obtaining an order authorizing the employment of counsel, and 5) preparing a status conference statement and appearing at the status second conference since Hansen's engagement.

Hansen devoted 11.6 hours of services to this category for fees of $4,640.

**2.  Relief from Stay Representation**

Secured Creditor The Bank of New York Mellon had filed a motion for relief from stay before Hansen was engaged.  The motion had been taken off calendar, pending a stipulation for payment of adequate protection.  Hansen's services connection with the relief from stay motion included reviewing the motion and supporting papers and documents provided to

Hansen by Debtor regarding defenses to the motion and commencing negotiation with the lender regarding adequate protection.

Hansen devoted 5.4 hours of services to this category for fees of $2,160.

### 3. Huntington Beach Property Litigation.

Debtor's Huntington Beach Property is currently not rentable due to toxic black mold. In addition, the property has suffered damages from numerous water leaks. Debtor has commenced a civil action in the Orange County Superior Court against the home owners' association and the roofing company that she believes have responsibility for correction of the mold, leaks and water damage. Hansen as consulted with and advised Debtor and her special counsel regarding the litigation and how it relates to the ongoing case and the proposed plan of reorganization.

Hansen devoted 3.8 hours of services to this category for fees of $1,520.

### 4. Plan of Reorganization

Hansen's principal activity has been to assemble the information needed to determine the feasibility of a plan of reorganization and to draft the plan and disclosure statement. In connection with this activity Hansen 1) reviewed proofs of claims as filed, 2) consulted regularly with Debtor. 3) reviewed documents on the court's docket and documents provided by Debtor 4) researched defenses to the secured claims of The Bank of New York Mellon and 4) drafted a plan and disclosure statement in coordination with Debtor.

Hansen devoted 27.9 hours of services to this category for fees of $11,160.

## IV. SUMMARY OF FEES AND EXPENSES

### A. Fees.

The total time which Hansen has devoted to services in each category on behalf of the Debtor in the period is set forth below. Detailed descriptions of those services summarized above, are set forth in Exhibits 1 through 4 to the Declaration of John T. Hansen filed herewith. The total charge for these services is $19,480 which represents 48.7 hours of

time billed by Hansen at the hourly rate of $400.00. Hansen incurred no reimbursable expenses during this period. The following is a summary of the time and fees for all categories:

| Category | Hours | Rate | Fees |
| --- | --- | --- | --- |
| Case Administration | 11.6 | $400 | $4,640 |
| Relief from Stay | 5.4 | $400 | $2,160 |
| Huntington Beach Litigation | 3.8 | $400 | $1,520 |
| Plan of Reorganization | 27.9 | $400 | $11,160 |
| **Total** | **48.7** | **$400** | **$19,480.00** |

B.  **Time Spent On Fee Application.**

This Application includes legal services for the purpose of preparing this fee Application and supporting documents in the amount of $800, representing two hours of services at $400 per hour.

C.  **Available Funds**

Hansen currently holds $10,000 in his clients' fund account, representing the retainer paid by Debtor. In addition, as of the December Monthly Operating Report, Debtor had on hand $7,092 in cash deposits. That amount will have increased by the time of the hearing on this Application, and the undersigned will inform the Court of the cash status prior to the hearing.

V.  RESPONSIBLE PERSONNEL

The following is a brief biography of John T. Hansen.

John Hansen has over 50 years of experience in Chapter 11 cases and bankruptcy matters and is responsible for planning and implementing the plan confirmation strategy of the Chapter 11 case. He has worked extensively with the Debtor in connection with developing a plan of reorganization.

Mr. Hansen is a Stanford University graduate (AB. 1959). He received his LL.B. degree from Harvard Law School in 1963. Mr. Hansen has practiced bankruptcy and insolvency law since 1965, representing debtors, creditors, trustees and committees. Mr. Hansen headed the Thelen, Marrin, Johnson & Bridges bankruptcy practice group from March 1988 to March 1992. Before joining Thelen, Mr. Hansen operated his own law firm specializing in bankruptcy law, for over 21 years. Mr. Hansen was a partner at Nossaman LLP from March 1992 through December 2011. He is now a sole practitioner. He has been a member of the ABA Business Bankruptcy Committee and of the California State Bar Debtor/Creditor Relations Committee. He has lectured at continuing legal education programs relating to bankruptcy. He has published numerous articles on bankruptcy law. In 1992, Mr. Hansen served as the Chair of the Merit Screening Committee for the US Bankruptcy Court for the Northern District of California.

Mr. Hansen's standard hourly billing rate for 2018 is $500 per hour , but he reduced the few to $400 per hour for this case.

**VI. CONCLUSION**

Wherefore, the Applicant prays that the Court, after noticing hearing, award Hansen interim compensation in the following amount:

Services other than preparation of fee application = $19,480

Services related to preparation of fee application =     800

Total Fees requested                   = $20,280

Applicant also prays that the Court authorize the Debtor to pay Hansen the fees approved by the Court from the funds held in Hansen's clients' fund account and from available cash on hand in debtor in possession accounts.

Dated: January 7, 2019                         /s/ *John T. Hansen*
                                                 Attorney for Debtor

## CERTIFICATE OF COUNSEL RE COMPLIANCE WITH GUIDELINES

The undersigned counsel of record for the Debtor certifies that I have read the application herein and to the best of my knowledge, information and belief, formed after reasonable inquiry, the compensation and expense reimbursement sought is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals promulgated by this Court and the compensation and expense reimbursement requested are billed at rates, in accordance with practices no less favorable than those customarily employed by the applicant and generally accept by the applicant's debtor-in-possession clients.

Dated: January 7, 2019

/s/ *John T. Hansen*
John T. Hansen

## DECLARATION OF DEBTOR

I, Penny L. Patino declare:

1. I am the Debtor in the above captioned chapter 11 bankruptcy debtor. The matters stated in the declaration are known to me of my own personal knowledge and, if called and sworn as witnesses, I could and would testify competently thereto.

2. I have reviewed the First interim Application for Compensation and Reimbursement of expenses of John T. Hansen, and I have no objection to the Application.

I declare under penalty of perjury of the laws of the State of California and the United States of America that I have read the foregoing and it is true and correct.

Executed on January 4, 2019, at Castro Valley, California.

*/s/ Penny L. Patino*
Penny L. Patino.