# EXHIBIT 1
# BANKRUPTCY ADMINISTRATION

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

**TO:**
Penny Patino
8 Hermosa Court
Danville, California 94526

INVOICE

INVOICE #2018-1
DATE: NOVEMBER 1, 2018

CHAPTER 11 BANKRUPTCY ADMINISTRATION
NO. 2018-009
October 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 10-11-18 | Telephone Consultation with Penny Patino re representation in chapter 11 case, and reviewed bankruptcy docket and documents to clear conflicts and prepare for meeting with Ms. Patino .5 | .5 | $400 | $200.00 |
| 10-16-18 | Initial meeting with Penny Patino to discuss issues, her goals and possible outcomes and agree to representation 1.0; Reviewed Judge Efemsky's procedures and current rules regarding employment of professionals .4; Drafted application to employ counsel and supporting declaration .9; Further review of bankruptcy docket and key documents and downloaded and reviewed stipulations for valuation of liens and most recent status conference statement 1.2 | 3.5 | $400 | $1,400.00 |
| 10-17-18 | Edited application to employ counsel and supporting declaration .4; Drafted supplemental status conference statement .6 | 1.0 | $400 | $400.00 |
| 10-18-18 | Meeting with Ms. Patino to review and sign the application to employ counsel and review and edit supplemental status conference statement and answer questions about status of case .8 | .8 | $400 | $320.00 |
| 10-19-18 | Revised supplemental status conference states per Ms. Patino's request and arranged filing of application to employ counsel and supplemental status conference statement .3 | .3 | $400 | $120.00 |
| 10-20-18 | Drafted and arranged filing of Statement of Counsel .2 | .2 | $400 | $80.00 |
| 10-23-18 | Attended case management conference, including meeting with Ms. Patino before and after hearing 1.1 | 1.1 | $400 | $440.00 |
| October 2018 | **Total Hours and Fees** (Do Not Pay Until Approved By Court) | 7.4 | $400 | $2,960.00 |
| 10-16-18 | Retainer Received | | | $10,000.00 |

# INVOICE

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

INVOICE #2018-2
DATE: JANUARY 2, 2019

**TO:**
Penny Patino
8 Hermosa Court
Danville, California 94526

CHAPTER 11 BANKRUPTCY ADMINISTRATION
NO. 2018-009
November 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 11-16-18 | Exchanged emails with P. Patino regarding preparation for meeting on 11-20, including preparation of Monthly Operating Report .2 | .2 | $400 | $80.00 |
| 11-28-18 | Attended hearing on application to be employed as chapter 11 counsel 1.0 | 1.0 | $400 | $400.00 |
| 11-29-18 | Drafted order authorizing employment as chapter 11 counsel and arranged upload of order .4 | .4 | $400 | $160.00 |
| **Nov. 2018** | **Total Hours and Fees** (Do Not Pay Until Approved By Court) | 1.6 | $400 | $640.00 |

# INVOICE

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

INVOICE #2018-3
DATE: JANUARY 2, 2019

**TO:**
Penny Patino
8 Hermosa Court
Danville, California 94526

CHAPTER 11 BANKRUPTCY ADMINISTRATION
NO. 2018-009
December 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 12-03-18 | Exchanged emails regarding status conference statement with P. Patino .2; Drafted status conference statement .7 | .9 | $400 | $360.00 |
| 12-06-18 | Meeting with P. Patino to review status conference statement and changes requested by her .4 | .4 | $400 | $160.00 |
| 12-07-18 | Revised status conference statement per requests of P. Patino and arranged filing and service of same .6 | .6 | $400 | $240.00 |
| 12-18-18 | Attended status conference statement .7 | .7 | $400 | $280.00 |
| **Dec. 2018** | **Total Hours and Fees** **(Do Not Pay Until Approved By Court)** | **2.6** | **$400** | **$1040.00** |