# EXHIBIT 2
# RELIEF FROM STAY

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

**INVOICE**

INVOICE #2018-1
DATE: NOVEMBER 1, 2018

TO:
Penny Patino
8 Hermosa Court
Danville, California 94526

CHAPTER 11 BANKRUPTCY RELIEF FROM STAY
NO. 2018-009
October 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 10-31-18 | Telephone conference with Mark Kruase regarding relief from stay motion of Bank of New York Mellon and drfat stipulation for adequate protection negotiated with Nancy Wang .2; Received email from Mark Krause with stipulation attached and reviewed same .2 | .4 | $400 | $160.00 |
| October 2018 | **Total Hours and Fees** (Do Not Pay Until Approved By Court) | .4 | $400 | $160.00 |

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

INVOICE

INVOICE #2018-2
DATE: JANUARY 2, 2019

TO:
Penny Patino
8 Hermosa Court
Danville, California 94526

RELIEF FROM STAY (DANVILLE)
NO. 2018-009
November 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 11-02-18 | Meeting with P. Patino to discuss Bank of NY relief from stay motion re Denville Property and reviewed documents relating to same she provided .7 | .7 | $400 | $280.00 |
| 11-05-18 | Research on law regarding lack of capacity and undue influence as defense to relief from stay 2.0; Sent email to R. Krause, atty for bank, regarding proposed stipulation for adequate protection .2 | 2.2 | $400 | $880.00 |
| 11-06-18 | Further research on rescission based on undue influence 1.2; Received and reviewed email from R. Krause and forwarded to P. Patino .1 | 1.3 | $400 | $520.00 |
| 11-07-18 | Reviewed motion for relief from stay and attached documents .2; Responded to M. Krause email of 11-06 regarding adequate protection proposal .3 Received and reviewed email from P. Patino commenting on email to Krause .1 | .6 | $400 | $240.00 |
| 11-08-18 | Received and reviewed responsive email from M. Krause and forwarded to P. Patino with comment .1 Received and reviewed responsive email from P. Patino .1 | .2 | $400 | $80.00 |
| Nov. 2018 | **Total Hours and Fees (Do Not Pay Until Approved By Court)** | 5.0 | $400 | $2000.00 |