# EXHIBIT 3
# HUNTINGTON BEACH LITIGATION

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

**INVOICE**

INVOICE #2018-1
DATE: JANUARY 2, 2019

**TO:**
Penny Patino
8 Hermosa Court
Danville, California 94526

HUNTINGTON BEACH LITIGATION
NO. 2018-009
November 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 11-26-18 | Several telephone consultations and exchange of emails with James Ulwelling and P. Patino regarding lawsuit against HOA and roofer for mold and leaks, etc. | 1.5 | $400 | $600.00 |
| **Nov. 2018** | **Total Hours and Fees**<br>**(Do Not Pay Until Approved By Court)** | **1.5** | **$400** | **$600.00** |

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

**INVOICE**

INVOICE #2018-2
DATE: JANUARY 2, 2019

TO:
Penny Patino
8 Hermosa Court
Danville, California 94526

HUNTINGTON BEACH LITIGATION
NO. 2018-009
December 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 12-06-18 | Meeting with P. Patino to discuss status of Huntington Beach litigation .4 | .4 | $400 | $160.00 |
| 12-12-18 | Exchanged emails with J. Ulwelling and P. Patino regarding the status of the Huntington Beach litigation, including issue of damages, liability and rental value .4 | .4 | $400 | $160.00 |
| 12-13-18 | Conference call with P. Patino and J. Ulwelling regarding issues related to the Huntington Beach litigation .6 | .6 | $400 | $240.00 |
| 12-20-18 | Received and reviewed opinion as to the rental value of the Huntington Beach Property .3; Exchanged emails with J. Ulwelling regarding the rental opinion .3; Telephone conference with P. Patino regarding Huntington Beach rental value. .3 | .9 | $400 | $360.00 |
| Dec. 2018 | **Total Hours and Fees** **(Do Not Pay Until Approved By Court)** | 2.3 | $400 | $920.00 |