# EXHIBIT 4
# PLAN AND DISCLOSURE STATEMENT

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

**INVOICE**

INVOICE #2018-2
DATE: JANUARY 2, 2019

TO:
Penny Patino
8 Hermosa Court
Danville, California 94526

PLAN OF REORGANIZATION
NO. 2018-009
November 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 11-02-18 | Meeting with P. Patino to discuss potential plan of reorganization and obtained details of income of expenses, reviewed Countrywide loan and acquisition by Bank of America, and status of Huntington Beach Property .7 | .8 | $400 | $320.00 |
| 11-14-18 | Further research on rescission based on undue influence for use as basis for modification of loans in plan of reorganization 2.5 | 2.5 | $400 | $1,000.00 |
| 11-15-18 | Meeting with P. Patino to discuss outline of plan of reorganization based on modification of loans for undue influence and status of Huntington Beach property as it relates to a plan 1.8; Began reviewing documents as basis for plan of reorganization .5 | 2.3 | $400 | $920.00 |
| 11-30-18 | Review and bankruptcy schedules and claims register in preparation for drafting plan .7; Began drafting plan of reorganization 1.2 | 1.9 | $400 | $860.00 |
| Nov. 2018 | **Total Hours and Fees** (Do Not Pay Until Approved By Court) | 7.5 | $400 | $3,100.00 |

**John T. Hansen**
**Attorney at Law**
582 Market Street, Suite1700
San Francisco, CA 94104
Phone: (415) 444-6684
E-Mail: jhansenlaw101@gmail.com

TO:
Penny Patino
8 Hermosa Court
Danville, California 94526

INVOICE

INVOICE #2018-3
DATE: JANUARY 2, 2019

PLAN OF REORGANIZATION
NO. 2018-009
December 2018

| Date | Description of Services | Hours | Rate | |
|---|---|---|---|---|
| 12-04-18 | Continued drafting plan of reorganization 1.5; Further review of documents, etc., in preparation for drafting disclosure statement .5 | 2.0 | $400 | $800.00 |
| 12-05-18 | Begin drafting disclosure statement from plan .8 | .8 | $400 | $320.00 |
| 12-06-18 | Meeting with P. Patino to review draft of plan and discuss same .4 | .4 | $400 | $160.00 |
| 12-08-18 | Completed first draft of plan of reorganization based on comments from P. Patino at 12-07 meeting, edited and proof-read same 1.0; Continued drafting disclosure statement for plan 1.2 | 2.2 | $400 | $880.00 |
| 12-11-18 | Meeting with P. Patino to go over final draft of plan of reorganization 1.0 | 1.0 | $400 | $400.00 |
| 12-13-18 | Conference call with J. Ulwelling and P. Patino to discuss Huntington Beach Property and litigation and how it affects the plan of reorganization .6 | .6 | $400 | $240.00 |
| 12-14-18 | Continued drafting disclosure statement for plan .8 | .8 | $400 | $320.00 |
| 12-15-18 | Continued drafting disclosure statement for plan .2.5 | 2.5 | $400 | $1,000.00 |
| 12-16-18 | Continued drafting disclosure statement for plan 1.0 | 1.0 | $400 | $400.00 |
| 12-17-18 | Completed first draft of disclosure statement for plan 2.1; Revised plan of reorganization to conform to changes in disclosure statement, including research on discharge for individual chapter 11 debtor 1.5; Made final revision to disclosure statement to coordinate with plan changes .8 | 4.4 | $400 | $1,760.00 |
| 12-18-18 | Meeting with P, Patino after status conference to review the plan and disclosure statement .8 | .8 | $400 | $320.00 |
| 21-21-18 | Revised plan and disclosure statement to conform to opinion regarding rental value of Huntington Beach Property obtained by P. Patino .9 | .9 | $400 | $360.00 |
| 12-26-18 | Proof read and revised plan and disclosure statement for meeting with P. Patino on 12-27 .4 | .4 | $400 | $160.00 |

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 12-27-18 | Meeting with P. Patino to review final drafts of plan and disclosure statement and discuss changes and revisions per her reading of prior drafts 1.0; Received and reviewed email from P. Patino with further changes and corrections to 12-27 draft of plan and disclosure statement .2; Revised plan and disclosure statement per P. Patino changes and corrections in email and proof read final drafts 1.2 | 2.4 | $400 | $960.00 |
| 12-28-18 | Arranged filing of plan and disclosure statement and reviewed court's web site for available date for disclosure statement hearing .2 | .2 | $400 | $80.00 |
| Dec. 2018 | **Total Hours and Fees** <br> **(Do Not Pay Until Approved By Court)** | 20.4 | $400 | $8,160.00 |